APPOLONIA WARTH, as Executrix of ALBION WARTH, Deceased, Appellant, *v.* J. M. MERTENS, Individually and as Surviving Partner of the Firms of THEO. DISSELL & Co. and J. M. MERTENS & Co., Respondent.

*Warth* v. *Mertens,* 71 App. Div. 395, affirmed.
(Argued January 21, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 9, 1902, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Rudolf Dulon* and *Edward S. Clinch* for appellant.

*John Brooks Leavitt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.   Absent: O'BRIEN, J.

---

ALBERTINA L. ROBINSON, as Administratrix of the Estate of FREDERICK H. ROBINSON, Deceased, Respondent and Appellant, *v.* CHARRY C. APPLEBY et al., as Executors of HELEN C. PRATT, Deceased, Appellants and Respondents.

*Robinson* v. *Appleby,* 69 App. Div. 509, affirmed.
(Argued January 22, 1903; decided February 10, 1903.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles M. Stafford* and *Timothy M. Griffing,* for defendants, appellants and respondents.

*Thomas J. Ritch, Jr.,* and *Ernest W. Tooker,* for plaintiff, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.